IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM LITHUANIA ) <br> IN THE MATTER OF )    Misc. No. 05- <br> VITALIJ LEPESA ) | |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Lithuanian authorities.

                                 COLM F. CONNOLLY
                                 United States Attorney

                                 By: /s/ Richard G. Andrews
                                 Richard G. Andrews
                                 Assistant U.S. Attorney
                                 Delaware Bar I.D. No.2199
                                 1007 N. Orange Street
                                 Wilmington, DE    19801
                                 (302) 573-6277

Dated: 12/21/05