

**LIETUVOS RESPUBLIKOS GENERALINĖ PROKURATŪRA**
PROSECUTOR GENERAL'S OFFICE OF THE REPUBLIC OF LITHUANIA

Ms. Mary Ellen Warlow
Director
Division of International Affairs
U.S. Department of Justice

Our ref.: 14.2-3464 (14.5-378)
Your ref.:

Date: 14... September 2005

Re: LEGAL ASSISTANCE IN THE CRIMINAL CASE No. 30-1-0972-04

Dear Madam,

Prosecutor General's Office of the Republic of Lithuania presents its compliments to You and has the honour to request legal assistance in the following matter. This request is made further to the Agreement between the Government of the Republic of Lithuania and the Government of the United States of America concerning Mutual Legal Assistance in the Criminal Matters.

By this letter, we send you the Request for the Legal Assistance in the investigation of the criminal case No. 30-1-0972-04 issued by the Seaport Police Division of the Klaipėda City Chief Police Commissariat of the Republic of Lithuania and kindly request you to commission the competent law enforcement officials to execute the indicated acts.

We guarantee that the evidence collected in the United States of America will be used only for the purposes of the investigation and the hearing of the criminal case.

We hope that our request shall be executed and would like to take a chance to thank you in advance for the co-operation and legal assistance. We will satisfy an analogous or other request of yours.

Please send the answer and the collected material to Klaipėda City District Prosecutor's Office at the address: Vilties Str. 12, Klaipėda, Republic of Lithuania. We also request you to inform the Prosecutor General's Office of the Republic of Lithuania about the Execution of the request indicating our reference number as well as the date of sending.

Enclosures: 8 pages.

Sincerely,

Deputy Prosecutor General                           Vaida Urmonaitė

Translation from Lithuanian into English is done by Povilas Monkus the translator, Prosecutor General's Office. Translation corresponds to the original text.

A.Smetonos str. 4,  LT-2709  Vilnius,  Lithuania    Tel.  +370 2  66 23 05    Fax.  +370 2  66 23 17
                                                    Tel.  +370 2  66 23 60    Fax.  +370 2  66 23 86

Translation from Lithuanian language

## KLAIPĖDA CITY
## GENERAL POLICE COMMISSARIAT
## SEAPORT POLICE DEPARTMENT

Code 9100857.      Jūros str. 1, LT-92119 Klaipėda. Tel. (8~46) 34 58 08
Fax (8~46) 34 17 33

Request for legal assistance in a criminal case No. 30-1-0972-04       *2005-08-23 N: 82-3393 (VK2-64*
to legal institutions of the United States of America

   Seaport Police Division of Klaipėda City General Police Commissariat conducts a pre-trial investigation in the criminal case No. 30-1-0972-04 under Article 186 Part 1 of the Republic of Lithuania Criminal Code on causing material damage by fraud.
   Article 186 of the Republic of Lithuania Criminal Code:
   **Article 186. Causing material damage by fraud**
   1. The one who evades by fraud to pay for work performed, goods received or services rendered or evades to pay compulsory contributions and as a result causes gross material damage to another person,
   **is punishable by public works or fine, or detention, or imprisonment for a period of up to two years.**
   2. The one who causes by fraud minor material damage to another person, commits a criminal offence, thus
   **is punishable by public works or fine, or detention, or arrest.**
   3. A legal entity is also liable for deed acts specified in Part 1 of this Article.
   4. A person is liable for deed acts specified in Parts 1 and 2 of this Article only in presence of a complaint of the aggrieved person or an application of his/her legal representative, or an order of a prosecutor.
   On 04.11.2004 Seaport Police Division of Klaipėda City General Police Commissariat received an application of the Republic of Lithuania citizen Vitalij Lepesa, personal number ███████ address Poilsio str. 21-31, Klaipėda, unemployed (seaman), stating that from 28.06.2002 he worked in the position of a seaman onboard the ship „Kapitonas A.Oja" owned by the private company UAB „Jūrų krabas" and that the director of this company Valentas Laurinėnas has not paid him for 23 months worked at ship repairs, that is he evades by fraud to pay him 4140 USD for work performed, thus causing material damage to V.Lepesa of 10.018,80 LTL.
   During the pre-trial investigation, the aggrieved Vitalij Lepesa stated that on 28 July 2002 in Kaliningrad Port, Russia, onboard the ship „Kapitonas A.Oja" he signed a termless employment contract drawn in Russian language with the director of UAB „Jūrų krabas" V.Laurinėnas, under which he was employed onboard the aforementioned ship in the position of a seaman. At the moment of signing the contract, V.Laurinėnas was not present and there was no his signature on the form of the contract. The contract stated salary of 185 USD and 4,50 USD of food allowance per day. The contract for signing was presented to him by the ship master Mr. Saveljev. A copy of the contract was not given to him. From 28 July 2002 to the mid June 2003 salary for repairs and food allowance was paid to him irregularly. As far as he can remember, he was paid 5-6 times for 100 or 150 USD. He signed the wage sheets or a notebook presented to him by V.Laurinėnas or Mr. Saveljev for reception of this money. Money was paid by the same people. He cannot not remember the exact amount of money he received nor did he hold any records. He also cannot remember which wage sheet was signed for the salary received by him or where the signature is not his. In May-July 2003 he left for a voyage in Mauritania and was paid for it either 660 or 629 USD. He found out about the debt of V.Laurinėnas from V.Drozdov, the next master of the ship, who informed him that V.Laurinėnas owed him 2700 USD. According to the wage-sheet presented, he received the money; however several of them were signed by someone else but him. From July 2003 he worked onboard the ship in the position of a boatswain, where he was appointed by the ship master with the consent of V.Laurinėnas. No contract was signed for this work. For August, September, November and December 2003 he was paid a monthly salary of 300 USD. He is not sure about the salary for other months.
   The questioned suspect Valentas Laurinėnas stated that the company under his management „Jūrų krabas" was engaged in cargo transportation via international routes. In 1997 UAB „Jūrų krabas" bought a ship „Kapitonas A.Oja", which is registered in Klaipėda State Seaport Register of Ships. On 09.01.1996 a

contract was concluded between UAB „Jūrų krabas" and USA company „BEAM SEA Ltd.", under which the USA company „BEAM SEA Ltd." undertook to partially finance the buyout of ships from the State Fishing Vessels Company „Jūra" and to make a partial payment for the major overhaul of the ship „Kapitonas A.Oja" and the company „Jūrų krabas" undertook to repair the ship „Kapitonas A.Oja" and, upon restoration of its class, to lease it to the company „BEAM SEA Ltd." as of 01.05.1998. The same contract stated that UAB „Jūrų krabas" undertook to find a crew complying with the requirements of the international treaties and conventions and the company „BEAM SEA Ltd." undertook to pay salaries to the crew. From 1998 to June 2004 this ship was leased to the American company „BEAM SEA Ltd." and in June 2004 it was bought by an unknown company from England and shipped from the Kaliningrad Port to India to be sold for scrap metal. V.Laurinėnas states that salaries to the crewmembers of the ship „Kapitonas A. Oja" were to be paid by the American company „BEAM SEA Ltd.", in the name of which he employed them. This company paid salaries to the crew and informed him about such payment by sending copies of wage sheets. He concluded employment contracts with masters of the ship „Kapitonas A. Oja" as an authorized person by the company „BEAM SEA Ltd.", where employment contracts with other crewmembers were concluded by ship masters, authorized by „BEAM SEA Ltd". USA company has settled in full with the crewmembers of the ship „Kapitonas A. Oja" for 2002 and 2003 and is indebted only for four months of 2004.

Aiming for a thorough and unbiased pre-trial investigation, we kindly request you to take the following actions in the territory of USA:

1. Determination whether the company „BEAM SEA Ltd." operates at the address 2316 Baynard Boulevard, Wilmington, Delaware 19802.

2. If such company exists, following Article 97 of the Republic of Lithuania Criminal Process Code, to demand and obtain from the company administration the original employment contract concluded between „BEAM SEA Ltd." and Vitalij Lepesa.

3. Following the above law, to demand and obtain from the company „BEAM SEA Ltd." the original wage sheets of the crewmembers of the ship „Kapitonas A.Oja".

**Article 97 of the Republic of Lithuania Criminal Process Code: „Demanding and obtaining objects and documents significant to investigation and examination of criminal acts".**

A pre-trial investigation officer, prosecutor or courts have the right to demand and obtain from natural persons and legal entities objects and documents significant to investigation and examination of criminal acts".

ENCLOSED. A copy and translation of the contract No. 92/1 dated 9 January 1996.
In total: 4 pages.

Investigator          /Signature/          Regina Tučkutė
+370 6 34 58 18

The text of this document was translated by
Liudvika Urbonavičiūtė, the translator of the Individual Enterprise of D. Petrošienė,
Republic of Lithuania, LT-92128 Klaipėda, Vytauto g. 19/H.Manto g. 1, tel/fax +370 46 400043